IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TENNESSEE
                            WESTERN DIVISION
_____

KEITH HOWARD,

        Plaintiff,

vs.                                        No. 08-2057-JDB/dkv

CARGILL, INC., et al.,

        Defendants.
_____

                        ORDER OF PARTIAL DISMISSAL
                                   AND
                    ORDER TO ISSUE SERVICE OF PROCESS
_____

Plaintiff, Keith Howard, has filed a complaint and amended complaint under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e et seq. against his employer Cargill, Inc., Supervisors Martin Crowder and Amanda Jordan, Operations Manager Tim Campbell, and FSG Manager Joe Sparks alleging that Defendants discriminated against him on the basis of his race and retaliated against him for filing a complaint with the Tennessee Occupational Safety and Health Administration.

The Court is required to screen in forma pauperis complaints and to dismiss any complaint, or any portion thereof, if the action—

   (I)     is frivolous or malicious;
   (ii)    fails to state a claim on which relief may be
           granted; or
   (iii)   seeks monetary relief against a defendant who is
           immune from such relief.

28 U.S.C. § 1915(e)(2). Certain aspects of Plaintiff's complaint are subject to dismissal.

Howard cannot sue Supervisors Martin Crowder and Amanda Jordan, Operations Manager Tim Campbell, and FSG Manager Joe Sparks under Title VII because there is no personal liability under the employment discrimination statutes against a supervisor who does not otherwise qualify as an "employer." <u>Wathen v. General Electric Co.</u>, 115 F.3d 400, 405 (6th Cir. 1997). Because the complaint does not state a viable Title VII claim against Defendants Martin Crowder, Amanda Jordan, Tim Campbell and Joe Sparks, the Court DISMISSES the discrimination claims against them, pursuant to 28 U.S.C. §§ 1915(e)(2)(B)(I) & (ii), as frivolous and for failure to state a claim on which relief can be granted.

It is ORDERED that the Clerk shall issue process for the Defendant Cargill, Inc. on Plaintiff's claim of violations of Title VII and deliver said process to the marshal for service.

Service shall be made on Defendant either by mail pursuant to Rule 4(e)(1) and Tenn. R. Civ. P. 4.03 and 4.04(10) or personally pursuant to Rule 4(h)(1) and Tenn. R. Civ. P. 4.04(4) if mail service is not effective. The registered agent for service of process for Defendant Cargill, Inc. is C T Corporation System, Suite 2021, 800 S. Gay St., Knoxville, TN 37929-9710.

It is ORDERED that Plaintiff shall serve a copy of every further document filed in this cause on the attorney for Defendant, or on Defendant if it has no attorney. Plaintiff shall make a certificate of service on every document filed. Plaintiff

shall promptly notify the Clerk of any change of address or whereabouts.  Failure to comply with these requirements, or any other order of the Court, may result in this case being dismissed without further notice.

IT IS SO ORDERED this 21st day of April, 2008.

                                    s/ J. DANIEL BREEN
                                    UNITED STATES DISTRICT JUDGE